# Third District Court of Appeal
## State of Florida

Opinion filed August 2, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2191
Lower Tribunal No. 13-13632

_____

**Jose Andres Raffo,**
Appellant,

vs.

**Monica M. Menendez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Law Offices of Alfaro & Fernandez, P.A., and Elbert Alfaro, for appellant.

Law Offices of Gonzalez & Associates, LLC, and Alexis Gonzalez, for appellee.

Before EMAS, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 61.13(3), Fla. Stat. (2022) (providing that a trial court may modify a parenting plan upon a showing of a substantial, material and unanticipated change in circumstances, and modification is in the best interests of the child); <u>George v. Lull</u>, 181 So. 3d 538, 540 (Fla. 4th DCA 2015) ("[T]he petitioning party has the extraordinary burden to prove the substantial change in circumstances."); <u>Ezra v. Ezra</u>, 299 So. 3d at 466, 468-69 (Fla. 3d DCA 2020 (recognizing that the standard of review for modifying a parenting plan is abuse of discretion and  concluding that "the decision [of the trial court] to afford the mother the sole parental responsibility for educational and medical needs of the children is well-supported by competent, substantial evidence.").